ATLANTIC, GULF AND PACIFIC COMPANY, Respondent, *v.* WOODMERE REALTY COMPANY et al., Appellants.

*Atlantic, Gulf & Pacific Co.* v. *Woodmere Realty Co.*, 156 App. Div. 351, appeal dismissed.
(Argued October 20, 1913; decided October 28, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 5, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

The motion was made upon the ground that the appeal was frivolous and taken only for purposes of delay.

*Russell H. Robbins* for motion.

*Clarence G. Galston* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.